# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 1, 2011

Robert P. Young, Jr.,
Chief Justice

142483

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

AMANDA JEAN ODOM,
      Plaintiff-Appellant,

v

CITY OF DETROIT and WAYNE COUNTY,
      Defendants,
and

CHRISTINE KELLY,
      Defendant-Appellee.

SC: 142483
COA: 293021
Wayne CC: 05-503671-NI

_____/

On order of the Court, the application for leave to appeal the December 14, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

MARILYN KELLY and HATHAWAY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 1, 2011

_____
Clerk

t0525